CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Richard Huston Aycock  NV0813
**Full Name of Plaintiff**    **Inmate Number**

v.

C/O Steincamp
**Name of Defendant 1**

C/O Johnson
**Name of Defendant 2**

C/O CI Husted
**Name of Defendant 3**

Sargent Bloom
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
HARRISBURG, PA

JUN 16 2025

PER ____MA____
DEPUTY CLERK

I.  NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓  Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

II.  ADDRESSES AND INFORMATION

  A.  PLAINTIFF

  __Aycock Richard Huston__
  Name (Last, First, MI)

  __NV0813__
  Inmate Number

  __S.C.I Phoenix__
  Place of Confinement

  __1200 Mokychic Drive__
  Address

  __Collegeville, PA 19426__
  City, County, State, Zip Code

  Indicate whether you are a prisoner or other confined person as follows:

  ___  Pretrial detainee
  ___  Civilly committed detainee
  ___  Immigration detainee
  ✓   Convicted and sentenced state prisoner
  ___  Convicted and sentenced federal prisoner

  B.  DEFENDANT(S)

  Provide the information below for each defendant. Attach additional pages if needed.

  Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

  Defendant 1:

  __C/O Steincamp__
  Name (Last, First)

  __C/O Steincamp, Correctional Officer__
  Current Job Title

  __S.C.I Benner Township 301 Institution Drive__
  Current Work Address

  __Bellefonte, PA 16823__
  City, County, State, Zip Code

Page 2 of 6

Defendant 2:

C/O Johnson

Name (Last, First)

C/O Johnson, Correctional officer

Current Job Title

S.C.I Benner Township 301 Institutional Drive

Current Work Address

Bellefonte, PA 16823

City, County, State, Zip Code

Defendant 3:

C/O Husted

Name (Last, First)

C/O CI Husted, correctional officer

Current Job Title

S.C.I Benner Township 301 Institutional Drive

Current Work Address

Bellefonte, PA 16823

City, County, State, Zip Code

Defendant 4:

Sargent Bloom

Name (Last, First)

Sargent

Current Job Title

S.C.I Benner Township 301 Institutional Drive

Current Work Address

Bellefonte, PA 16823

City, County, State, Zip Code

Defendant 5:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

S.C.I Benner Township, RHU unit, JA-130 cell

B. On what date did the events giving rise to your claim(s) occur?

March 18, 2024

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

C/O retaliation, physical and verbal abuse, mental and non-verbal abuse cruel and unusual punishment etc. Specifally 2-10 shift c/o steincamp, C/O Johnson and Sargent Bloom and when I woke in the morning C/O CI Husted. I was told to cover up my cell so I can be sprayed and killed and I'll be a b---- if I don't do it. And the next morning during morning meal CI Husted watch whats going happen to you for playing games and putting my C/Os in the hospital. 2 to 10 Shift the day before brought to my attention that two C/Os was tooken to the hospital because I was playing which I dont have no knowledge of at all. they search me took me to a surveilance cell than brought me to cell JA-130 where I cant see the TV where everbody else on the block could but me, and was told to die or we are going to kill you because the C/Os went to the hospital. I was left to sleep with just my jumpsuit nothing else in my cell and had to use my jumpsuit bottom cuff to wipe after using the bathroom. I was ignored and given nothing til the next day which is on video footage after speaking with the Captain Stavola.

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1) My right to be free from Cruel and Unusual Punishment, there was a failure to protect prisoner from physical abuse, the guards knew that there was a substantial risk that I'd be harmed, they also responded and failed to protect me. Cruel and unusual punishment is under the Eighth Amendment. My right to be free from Discrimination, My right to be free from Retaliation.

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Harm towards injury that was a torn rotator cuff in shoulder, Basically trauma mentally also for threaten gestures verbally of death or being killed by officers or/correctional officers, sleep trouble.

## VI.   RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I'm very much seeking money or monetary relief due to hardship I had to suffer from claim. The investigation will show the seriousness of event that happened, Moreso compensatory damages and punitive damages.

## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

_____May\31\25_____
Date

Smart Communications/PADOC

SO- Phoenix

Name Richard Aycock

Number NV0813

PO Box 33028

St Petersburg FL 33733

RECEIVED
HARRISBURG, PA

JUN 1 6 2025

PER 
DEPUTY CLERK

Office of the Clerk
United States District Court
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102