IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD HUSTON AYCOCK,** : | |
|     Plaintiff : | No. 1:25-cv-01086 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **C.O. STEINCAMP, et al.,** : | |
|     Defendants : | |

## ORDER

**AND NOW**, on this 31st day of October 2025, after considering the amended complaint filed by pro se Plaintiff Richard Huston Aycock (Doc. No. 9), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The amended complaint (Doc. No. 9) is **DISMISSED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                        s/ Yvette Kane
                                        Yvette Kane, District Judge
                                        United States District Court
                                        Middle District of Pennsylvania